IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:17-CV-360-FL

| | | |
|---|---|---|
| DORIS MERCER and | ) | |
| STEPHEN MERCER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER COMPELLING DISCOVERY** |
| vs. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant | ) | |

THIS MATTER coming before the Court on Defendant WAL-MART STORES, INC.'s Motion to Compel Plaintiffs' Responses to Discovery under Federal Rule of Civil Procedure 37 and Local Rule 7.1. The Court finds that the Defendant's Motion to Compel should be **GRANTED**. The Plaintiffs shall provide full discovery responses to Defendant's First Set of Interrogatories and Requests for Production by June 5, 2018.

SO ORDERED, this the 15th day of May, 2018.

_____
LOUISE W. FLANAGAN
United States District Court Judge