UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DORIS MERCER and STEPHEN MERCER )
        Plaintiffs, )
)
v. ) **JUDGMENT**
)
) No. 5:17-CV-360-FL
)
WAL-MART STORES, INC. )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's second motion to dismiss *for Plaintiff's Non-compliance with Court Order,* defendant's motion for partial summary judgment and plaintiff's motion for extension of time.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 10, 2019, and for the reasons set forth more specifically therein, defendant's second motion to dismiss is GRANTED and Plaintiffs' claims are DISMISSED WITH PREJUDICE. Defendant's motion for partial summary judgment and plaintiffs' motion for extension of time to file response in opposition to the motion for summary judgment are DENIED AS MOOT.

**This Judgment Filed and Entered on October 10, 2019, and Copies To:**
Doris and Stephen Mercer (via US mail) 958 Lake Royale, Louisburg, NC 27549
Michael W. Washburn (via CM/ECF Notice of Electronic Filing)

October 10, 2019                PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk